IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
2017 JAN 10 PM 12:58
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Philip C. Travagliante
3506 Sandlewood Drive
Brunswick, Ohio, 44212.
**Plaintiff**

-vs-

Medina County Courts
93 Public Square
Medina, Oh. 44256.
**Defendant(s)**

CASE NO.
1 17 CV 0066

JUDGE _____
JUDGE GWIN

COMPLAINT

Plaintiff
Philip C. Travagliante 3506 Sandlewood Dr. Brunswick OH 44212

Defendants
Medina County, Medina County Civil Court,
93 Public Square Medina, Ohio 44212.
144 N. Broadway Street Medina, Ohio 44212.
72 Public Square. Medina, Oh. 44212.

— 42 U.S.C. S 1983 Civil Rights; 42 U.S.C.

Plaintiff and minor children were denied basic civil rights when plaintiff was in Medina County Court on January 10, 2017 @ 9:00 AM. Plaintiff asked Medina County for protection for him and minor children against abuse from spouse. And her possible sex offender boyfriend. Plaintiff and minor children are forced to fend for themselves and live in day to day fear, with no protection from government.

In this case Plaintiff prays for relief from the U.S. District Court, and damages incurred of the sum of: 100,000,000. — One Hundred Million Dollars.